■ STELLA CRYE, Appellant, v HAROLD CRYE, Respondent.—Order unanimously affirmed with costs for reasons stated in decision at trial court, Grow, J. (Appeal from order of Supreme Court, Oneida County, Grow, J.—divorce.) Present—Dillon, P. J., Boomer, Green, Balio and Lawton, JJ.